# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNESTO COLORADO HERRERA ) <br> aka Alejandro Ortiz-Hernandez ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:11-CR-00407 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on May 7, 2012, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:    May 8, 2012**                            /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE